JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC TAYLOR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SEAN MOORE, Warden,<br><br>　　　　　　Respondent. | Case No. 2:22-cv-08708-FMO (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED: July 21, 2023

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE